*Reciept # 7477*
*Total Amount $ 4.36    4/1/11*

## C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

March 31, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

Re: Randall G. Turlington and Kimberley S. Turlington - Case #10-21017
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's checks totaling $4.36. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

**Claimant: Monroe Extinguisher**     **Amount: $0.23**     **Claims Register: #10** ✓

**Claimant: Chase Bank**     **Amount: $1.34**     **Claims Register: #9** ✓

**Claimant: NYS Dept. of Tax**     **Amount: $0.03**     **Claims Register: #3A** ✓

**Claimant: Bailey, Carr & Co.**     **Amount: $2.76**     **Claims Register: #1** ✓

C. Bruce Lawrence

FILED
APR - 1 2011
BANKRUPTCY COURT
ROCHESTER, NY

Case Number 10-21017 - TURLINGTON, RANDALL G.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| BAILEY, CARR & CO., CPAS<br>2565 BRIGHTON-HENRIETTA TL ROAD<br>ROCHESTER NY 14623 | 000001 | 1,249.81 | 2.76 |
| NYS DEPT OF TAXATION & FINANCE<br>BANKRUPTCY UNIT<br>PO BOX 5300<br>ALBANY NY 12205-0300<br>   (3-1) Pre Petition Proof of Claim | 000003A | 14.19 | 0.03 |
| Chase Bank USA, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | 000009 | 607.29 | 1.34 |
| Monroe Extinguisher Co, Inc.<br>105 Dodge Street<br>PO Box 60980<br>Rochester, NY 14606 | 000010 | 106.48 | 0.23 |
| ---------- Remittance Total --------------- | | 1,977.77 | 4.36 |

*[signature]*

C. BRUCE LAWRENCE, Trustee